**IT IS ORDERED as set forth below:**



**Date: April 5, 2023**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 23-51107-JRS |
| | ) |
| ROBERT HADLEY WHITTEMORE, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |
| | ) |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CABANA SERIES III TRUST, | ) CONTESTED MATTER ) ) ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| ROBERT HADLEY WHITTEMORE, KENDRA FULLER WHITTEMORE, Co-Debtor, and NANCY J. WHALEY, Trustee, | ) ) ) ) |
| | ) |
| Respondents. | ) |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY
AND FROM CO-DEBTOR STAY AND FOR *IN REM* RELIEF,
OR IN THE ALTERNATIVE, FOR DISMISSAL WITH PREJUDICE**

U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust ("Movant"), filed a Motion for Relief from Stay and from Co-Debtor Stay and for *In Rem* Relief, or in the Alternative, for Dismissal with Prejudice, on February 21, 2023 (Doc. No. 20) ("Motion").  The hearing on the Motion was scheduled for March 30, 2023 at 9:00 a.m.  Debtor, who is pro se, was not present at the call of the calendar.  There is not any opposition to the Motion from the Chapter 13 Trustee, and good cause has been shown.  Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.

The Motion is hereby granted.

2.

The stay set forth in FBR 4001(a)(3) is hereby waived, and Movant is relieved from the effect of the automatic stay to pursue and enforce under non-bankruptcy law any and all rights it has in and to that certain real property commonly known as **320 Nell Court, Atlanta, GA 30342 ("Real Property"), as more particularly described in the subject security deed and loan documents attached to the Motion and incorporated herein by reference (said security deed being recorded at Deed Book 39777, Page 225, Superior Court of Fulton County, Georgia)**, including, but not limited to, advertising and conducting a foreclosure sale, seeking confirmation thereof in order to pursue any deficiency, and seeking possession of the Real Property.

3.

This Order shall be binding in any other case filed by the Debtor, and/or any other party purporting to affect the Real Property, for a period of two years pursuant to 11 U.S.C. Section 362(d)(4) such that the automatic stay shall not apply to the Real Property during this two-year period.

4.

The Chapter 13 Trustee shall cease funding Movant's pre-petition claim.  Upon completion of any foreclosure sale by Movant during the pendency of this case, all

proceeds exceeding Movant's lawful debt that would otherwise be payable to the Debtor shall be promptly remitted to the Chapter 13 Trustee.  Movant is granted leave to seek allowance of a deficiency claim, if appropriate, but Debtor and the Chapter 13 Trustee shall be entitled to object to said deficiency claim.

5.

Objections to the termination of the co-debtor stay were due on or before March 17, 2023, including three days for service of the Motion by first class mail.  None were filed, and Co-Debtor was not present at the call of the telephonic calendar.  Accordingly, the Motion is hereby granted as to the Co-Debtor, and the co-debtor stay is hereby terminated instanter as to Movant upon the filing of this Order.

[END OF DOCUMENT]

PREPARED BY:
Attorney for Movant

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com


NO OPPOSITION:
Chapter 13 Trustee

/s/ Eric W. Roach
Eric W. Roach                    (By Marc E. Ripps, Esq. with express permission)
Attorney for the Chapter 13 Trustee
Georgia Bar No. 142575

Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, Georgia 30303
(678) 992-1201
Email:  eroach@njwtrustee.com

## DISTRIBUTION LIST ON ORDER

Pursuant to LR 9013-3(c) NDGa., the Order shall be served upon the following parties in interest:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533

Nancy J. Whaley, Esq.
Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, Georgia 30303

Robert Hadley Whittemore*
320 Nell Court
Atlanta, GA 30342
     *Pro-Se

Kendra Fuller Whittemore*
320 Nell Court
Atlanta, GA 30342
     *Co-Debtor